PROB 12C
(Rev. 11/99)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

JUN 1 1 2009

DAVID J. MALAND, CLERK

Petition for Warrant or Summons for Offender Under Supervision
BY
DEPUTY

Name of Offender: Edward Haskins Young          Case Number: 5:02CR00022-001

Name of Sentencing Judicial Officer: David Folsom, U.S. District Judge

Date of Original Sentence: July 31, 2003

Original Offense:    Distribution of cocaine base

Original Sentence:   87 months imprisonment followed by five (5) years supervised release. On April 9, 2008, sentence was reduced pursuant to 18 U.S.C. § 3582(c) to 70 months imprisonment.

Type of Supervision: Supervised Release          Date Supervision Commenced: April 18, 2008

Assistant U.S. Attorney: Barry Bryant            Defense Attorney: Wayne Dickey

## PETITIONING THE COURT

TO ISSUE A WARRANT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| CONDITION | NATURE OF NONCOMPLIANCE |
|---|---|
| **Mandatory**<br>The defendant shall refrain from any unlawful use of a controlled substance. | On May 27, 2008, Mr. Young submitted a urine specimen that tested positive for the use of cocaine. Mr. Young admitted to said use.<br><br>On March 6, 2009, Mr. Young submitted a urine specimen that tested positive for the use of marijuana. Mr. Young admitted to said use. |

| | |
|---|---|
| Mandatory<br>The defendant shall refrain from any unlawful use of a controlled substance. | On April 3, 2009, Mr. Young submitted a urine specimen that tested positive for the use of marijuana. Mr. Young admitted to said use.<br><br>On May 1, 2009, Mr. Young submitted a urine specimen that tested positive for the use of marijuana. Lab results confirmed said use.<br><br>On June 5, 2009, Mr. Young submitted a urine specimen that tested positive for the use of marijuana. Mr. Young denied said use and lab results are still pending as of this writing. |
| Standard<br>(11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. | The defendant failed to notify the U.S. Probation Office within 72 hours of him having contact with the Texarkana, Arkansas, Police Department on or about February 20, 2009, in reference to a disturbance call at his residence.<br><br>Additionally, Mr. Young failed to notify the U.S. Probation Office within 72 hours of him having contact with the Texarkana, Arkansas, Police Department on or about May 21, 2009, when he received a ticket for violation of a city noise ordinance. |

**U.S. Probation Officer Recommendation and Justification:**

Mr. Young has been given opportunities to correct his behavior and address his use of drugs; however, he is of the opinion that there is no harm in using drugs and that he will never change. In light of his attitude and his recent behavior, it is apparent that he is not amendable to supervision. It is therefore respectfully recommended that the Court issue a warrant for Edward Haskins Young and he be ordered to appear in court to show cause why his supervision should not be revoked.

I declare under penalty of law that the foregoing is true and correct.

Jansen Kitchens
Sr. U.S. Probation Officer
(903) 794-4515 (Intercom #239)

Reviewed and approved:

Joe Heath, Supervising
U.S. Probation Officer

Executed on June 10, 2009
Place: Texarkana, Texas

**THE COURT ORDERS:**

[✓] The Issuance of a Warrant
[ ] Other

_____          June 11, 2009
David Folsom                         Date
U.S. District Judge